FILED
CLERK, U.S. DISTRICT COURT

NOV 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Case No.  10-2851M
                               )
              Plaintiff,       )   ORDER OF PRETRIAL DETENTION
                               )        AFTER HEARING
        v.                     )   (18 U.S.C. § 3142(i))
                               )
Joseph Leo Nordquist,          )
                               )
              Defendant.       )
_____)

                           I.

A.    ( )  Upon motion of the Government in a case that involves:

      1.    (✓)  a crime of violence or an offense listed in

                 18 U.S.C. § 2332b(g)(5)(B), for which a

                 maximum term of imprisonment of ten (10)

                 years or more is prescribed; or

      2.    ( )  an offense for which the maximum sentence is

                 life imprisonment or death; or

      3.    ( )  an offense for which a maximum term of

                 imprisonment of ten (10) years or more is

                 prescribed in the Controlled Substances Act,

                 Controlled Substances Import and Export Act

                 or Maritime Drug Law Enforcement Act; or

4.   ( ) any felony if defendant has been convicted of
two or more offenses described in
subparagraphs 1-3 above, or two or more state
or local offenses that would have been
offenses described in subparagraphs 1-3 above
if a circumstance giving rise to federal
jurisdiction had existed, or a combination of
such offenses.

5.   ( ) any felony that is not otherwise a crime of
violence that involves a minor victim, or
possession or use of a firearm or destructive
device or any other dangerous weapon, or a
failure to register under 18 U.S.C. § 2250.

B.   Upon motion ( ✓ ) of by the Government ( ) of the Court <u>sua
sponte</u>, in a case that involves:

1.   ( ✓ ) a serious risk that defendant will flee;

2.   ( ) a serious risk that defendant will

a.   ( ) obstruct or attempt to obstruct justice;
or

b.   ( ) threaten, injure, or intimidate a
prospective witness or juror or attempt
to do so.

C.   The Government ( ) is ( ✓ ) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

II.

A. ( X )   The Court finds by a preponderance of the evidence
            that no condition or combination of conditions
            will reasonably assure the appearance of defendant
            as required;

B. ( V )   The Court finds by clear and convincing evidence
            that no condition or combination of conditions
            will reasonably assure the safety of any other
            person and the community.

III.

The Court has considered:

A. ( ✓ ) the nature and circumstances of the offense(s) charged;

B. ( ✓ ) the weight of the evidence against defendant;

C. ( ✓ ) the history and characteristics of defendant;

D. ( ✓ ) the nature and seriousness of the danger to any person
          or the community that would be posed by defendant's
          release;

E. ( ✓ ) the Pretrial Services Report/Recommendation;

F. ( ✓ ) the evidence proffered/presented at the hearing;

G. ( ✓ ) the arguments of counsel.

///
///
///
///
///
///

IV.

The Court concludes:

A.  ( ✓ ) Defendant poses a risk to the safety of other persons
       and the community based on: _Criminal History;_
    _instant offense_ _____

B.  ( ✓ ) Defendant poses a serious flight risk based on: _____
    _lack of known background + bail resource_
    _information; warrant outstanding for failure to_
    _appear_ _____

C.  ( ) A serious risk exists that defendant will:

       1.  ( ) obstruct or attempt to obstruct justice;

       2.  ( ) threaten, injure or intimidate a prospective
              witness or juror or attempt to do so;

    based on: _____
    _____
    _____
    _____

D.  ( ) Defendant has not rebutted by sufficient evidence to
       the contrary the presumption provided in 18 U.S.C.
       § 3142(e) that no condition or combination of
       conditions will reasonably assure the safety of any
       other person and the community;
    and/or

4

1    ( ) Defendant has not rebutted by sufficient evidence to
2         the contrary the presumption provided in 18 U.S.C.
3         § 3142(e) that no condition or combination of
4         conditions will reasonably assure the appearance of
5         defendant as required.

6    IT IS ORDERED that defendant be detained prior to trial.

7    IT IS FURTHER ORDERED that defendant be committed to the custody
8    of the Attorney General for confinement to a corrections facility
9    separate, to the extent practicable, from persons awaiting or serving
10   sentences or persons held in custody pending appeal.

11   IT IS FURTHER ORDERED that defendant be afforded reasonable
12   opportunity for private consultation with defendant's counsel.

13   IT IS FURTHER ORDERED that, on Order of a Court of the United
14   States or on request of an attorney for the Government, the person in
15   charge of the corrections facility in which defendant is confined
16   deliver defendant to a United States Marshal for the purpose of an
17   appearance in connection with a court proceeding.

18   DATED:    11/22/10

19
20                                HONORABLE JACQUELINE CHOOLJIAN
21                                United States Magistrate Judge

5